IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR3059 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JESUS RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the Probation Officer, and with the agreement of counsel,

IT IS ORDERED that the defendant's revocation hearing is continued to Tuesday, October 16, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, at the Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 26, 2007.              BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge